UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 7481**

_Ricky C Davis_

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_NYPD and Officer_
_PO Paul Casey_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☐ Yes   ☐ No
(check one)

RECEIVED
OCT - 4 2012
PRO SE OFFICE

I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Ricky C Davis_
Street Address _73-13-170 St_
County, City _Fresh Meadows_
State & Zip Code _NY   11366_
Telephone Number _347-245-1197_

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

P.O.

Defendant No. 1    Name **Paul Casey**
                   Street Address **Midtown North precect**
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Questions         ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
      Plaintiff(s) state(s) of citizenship **US Citizen**
      Defendant(s) state(s) of citizenship _____

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 8th Ave and 50th ST NY NY 3:30 pm on 8-8-12

B. What date and approximate time did the events giving rise to your claim(s) occur? 8-8-12 3:30 pm

C. Facts: I was practicing my performance for a public access TV show I Do as a producer at MNN TV Manhattan, when officer Chrsey approched me and put Hand Cuffs on me and charge me with play 3 card monte a gambeling game

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____

*Rev. 05/2010*

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.  **1 Million Dollars**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4 day of Oct, 2012

Signature of Plaintiff

Mailing Address   73-15-170 St
                  Fresh Meadows
                  NY 11366

Telephone Number  347.245-1197

Fax Number (if you have one) _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 4 day of Oct, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010